| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:   A. KATHLEEN TOMLINSON          DATE:   9-12-2018
              U.S. MAGISTRATE JUDGE                  TIME:   3 p.m. (1 hour 14 mins)

*Martinez v. Pao's Cleaning, Inc. et al.*
**CV 16-6939 (SJF) (AKT)**

TYPE OF CONFERENCE:   **ORAL ARGUMENT**

APPEARANCES:   Plaintiffs:   Saul D. Zabell
                                      Ryan M Eden

                  Defendants:   Adam C. Weiss

FTR:   3:10-4:24

THE FOLLOWING RULINGS WERE MADE:

      The Court heard oral argument on Defendants' motion for summary judgment today. After the argument and questioning of counsel, the Court read into the record its Report and Recommendation to Judge Feuerstein, recommending that the motion be DENIED for the reasons stated. The transcript of today's proceedings constitutes the R & R. Counsel have 14 days to file any objections to Judge Feuerstein. The Court noted that Judge Feuerstein will need a copy of the transcript in order to review any objections and it is up to counsel if either or both sides expedite the record. Arrangements to do so can be made through Courtroom Deputy Mary Ryan at 631-712-5765.

                                                                  **SO ORDERED.**

                                                         /s/ A. Kathleen Tomlinson
                                                         A. KATHLEEN TOMLINSON
                                                          U.S. Magistrate Judge